# United States District Court

### EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

RALPH ANTHONY KNOX

FILED
SEP 11 2007
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:07MJ1209TIA

I, Det. Brian Wideman, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about September 10, 2007, in Lincoln County, in the Eastern District of Missouri, defendant did, (Track Statutory Language of Offense)

Possess of pseudoephedrine with the intent to manufacture methamphetamine, a Schedule II controlled substance

in violation of Title 21, United States Code, Section 841(c)(1). I further state that I am a Detective and that this complaint is based on the following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof.   **X** Yes    ___ No

Sworn to before me, and subscribed in my presence

Signature of Complainant
Det. Brian Wideman
Lincoln County Sheriff's Dept.

September 11, 2007      at     St. Louis, Missouri
Date                                  City and State

Terry I. Adelman
United States Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer