UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

OCT - 3 2007

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:07CR00582RWS |
| RALPH ANTHONY KNOX, a/k/a "Tony," "TK," | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about September 10, 2007 in Lincoln County, within the Eastern District of Missouri, the defendant,

**RALPH ANTHONY KNOX, a/k/a "Tony," "TK"**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, with the intent to manufacture methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(c)(1) and Title 18, United States

Code, Section 2, and punishable under Title 21, United States Code, Section 841(c).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
SIRENA M. WISSLER #505777
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-7670