```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
     v.                         )     No. 4:07 CR 582 RWS
                                )                      DDN
RALPH ANTHONY KNOX,             )
                                )
          Defendant.            )
```

**MEMORANDUM AND ORDER**
**OF UNITED STATES MAGISTRATE JUDGE**

This action is before the Court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for November 13, 2007.

At the November 13, 2007, proceedings, defendant personally withdrew his previously filed motions to suppress evidence and waived his right to file other pretrial motions. However, defendant indicated his desire for a ruling on the also pending motion for the disclosure of the identity and location of the confidential informant(s) (Doc. 34). Because the government had not previously responded to this motion, the undersigned sustained the government's request for an opportunity to file a documentary response. The undersigned gave the government until November 16, 2007, to file its response, and gave the defendant until November 21, 2007, to file a documentary reply.

However, on November 16, 2007, defendant moved to withdraw his previously filed motion to reveal identity and location of confidential informant. Accordingly,

**IT IS HEREBY ORDERED** that the motion of defendant to withdraw his motion to reveal identity and location of confidential informant (Doc.

39) is sustained, and the motion of defendant for the disclosure of the identity and location of the confidential informant(s) (Doc. 34) is withdrawn.

       /S/ David D. Noce  
**UNITED STATES MAGISTRATE JUDGE**

Signed on November 19, 2007.