Case: 4:07-cr-00582-RWS   Doc. #:  161   Filed: 06/25/08   Page: 1 of 2 PageID #: 491   JUN 25 2008

Honorable Judge Noce                    6-19-8

I Ralph A. Knox was told by detective John Cottle, that their is a conflict of interest, that Mr. Lynch never told Sirena Wissler he represented Darrin Knox.

As you know Sirena Wissler stated she was Darrin Knoxs prosecutor. Darrin Knox plead guilty to a 60 yr. sentence. John Lynch told me he, Darrin Knox will be out in 6 yrs or less. I also have access to Darrin Knoxs sentenceing papers.

In april when i went to trial, a f.s. marshal told me information, leading to the truth of my case. If i could talk to the person invest- agateing this, their is so much more to tell you.

I have witnesses to prove what John Cottle said. Thank you so much, your honor, God bless you!

Ordered filed.
SDN
6/25/08

Thank You
Very much

Ralph A. Knox

USA FIRST-CLASS FOREVER

SAINT LOUIS MO 631

20 JUN 08 PM 07 L

Ralph A. Knox
65 Business PK. Dr.
Troy, mo. 63379

RECEIVED
BY MAIL

JUN 23 2008

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Honorable Judge Noce
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Mo. 63102

631024+1125 C003