UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                        )<br>                  Plaintiff,               )<br>                                                        )<br>          vs.                                        )          Case No. 4:07CR582 RWS<br>                                                        )<br>RALPH ANTHONY KNOX,         )<br>                                                        )<br>                  Defendant.           ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing in this matter as to defendant **Ralph Anthony Knox** is set for **Wednesday, January 7, 2009 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report as to defendant **Ralph Anthony Knox** is **December 24, 2008.**

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that no objections shall be filed after the deadline without leave of the Court.  A request for leave to file objections out of time must be in writing and supported by reasons for the request.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2008.